IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

      Plaintiff,                       No. CIV S-11-1660 EFB P

      vs.

J. COLE, et al.,

      Defendants.          ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

    Plaintiff alleges a violation of his civil rights in Kings County, California. Kings County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

    Accordingly, it is hereby orderd that:

    1. This action is transferred to the Fresno Division.

    2. The Clerk of Court shall assign a new case number.

////

////

1

1  3. All future filings shall bear the new case number and shall be filed at:

2 United States District Court
   Eastern District of California
3  2500 Tulare Street
   Fresno, CA 93721

5  DATED: June 29, 2011.

   _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

2